329 So.2d 105

**In re James W. REDMOND and Juanita Redmond, husband and wife**

v.

**Odell ROBINSON.**

**Ex parte James W. Redmond and Juanita Redmond.**

**SC 1705.**

Supreme Court of Alabama.

April 2, 1976.

William D. Melton, Evergreen, for petitioner.

No appearance for respondent.

EMBRY, Justice.

Petition of James W. Redmond and Juanita Redmond for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Redmond v. Robinson,* 57 Ala.App. 413, 329 So.2d 103.

WRIT DENIED.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and ALMON, JJ., concur.

■

323 So.2d 404

**In re John Grover REYNOLDS**

v.

**STATE.**

**Ex parte John Grover Reynolds.**

**SC 1553.**

Supreme Court of Alabama.

Dec. 4, 1975.

Willis W. Holloway, Jr., Mobile, for petitioner.

No appearance for respondent.

MERRILL, Justice.

Petition of John Grover Reynolds for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Reynolds v. State,* 56 Ala.App. 509, 323 So.2d 394.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.